IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REGINALD D. HIGGINS, SR., :
:
    Plaintiff(s), :
: Case Number: 1:09cv228
  vs. :
: Chief Judge Susan J. Dlott
VITRAN EXPRESS INC., et. al., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on October 19, 2009 (Doc. 29), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 6, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant Parker Hannifin's motion to dismiss (Doc. 16) is **GRANTED.**

**IT IS SO ORDERED.**

                                                                                             s/Susan J. Dlott
                                                                                             **Chief Judge Susan J. Dlott**
                                                                                             **United States District Court**